**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Israel Lara AVILA, also known as Jorge Camacho Guiterrez, also known as Misael Lara-Avila, also known as Ismael Daniel Medina, also known as Juan Daniel Lara Avila, Defendant-Appellant**

**No. 17-20196**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed February 27, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Israel Lara Avila, Pro Se

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Israel Lara Avila has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Avila has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Avila's response. We agree with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.